# United States Court of Appeals
## For the First Circuit

No. 25-2099

STATE OF NEW YORK; STATE OF WASHINGTON; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WISCONSIN; STATE OF DELAWARE,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in the official capacity as Attorney General of the U.S.; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of U.S. Department of Health and Human Services; U.S. DEPARTMENT OF EDUCATION; LINDA MARIE MCMAHON, in the official capacity as Secretary of U.S. Department of Education; US DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER, in the official capacity as Secretary of U.S. Department of Labor,

Defendants - Appellants.

**JUDGMENT**

Entered: December 11, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Rabia Muqaddam
Zoe Levine
Jessica Ranucci
Philip Levitz
Andrew R.W. Hughes
Cristina Sepe
Benjamin M. Seel
Zane Muller
Stephen Nicholas Provazza
Sarah Rice
Hayleigh S. Crawford
Michael Louis Newman
Panchalam Seshan Srividya
Kathleen Boergers
Jennifer L. Sullivan
David Moskowitz
Mitchell Reich
David Dana Day
Kalikoʻonālani D. Fernandes
Brendan Kreckel
Kristin Trabucchi
Katherine B. Dirks
Neil Giovanatti
Robert A. Koch
Joseph Robert Richie
Heidi Parry Stern
Meghan Musso
Ryan P. Kane
Vanessa L. Kassab
Ian R. Liston
Lauren S. Zurier
Kevin M. Bolan
Andrew Marshall Bernie
Joseph S. Larisa Jr.
David Ureña