# United States Court of Appeals
## For the First Circuit

No. 25-2099

STATE OF NEW YORK; STATE OF WASHINGTON; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WISCONSIN; STATE OF DELAWARE,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in the official capacity as Attorney General of the U.S.; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of U.S. Department of Health and Human Services; U.S. DEPARTMENT OF EDUCATION; LINDA MARIE MCMAHON, in the official capacity as Secretary of U.S. Department of Education; US DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER, in the official capacity as Secretary of U.S. Department of Labor,

Defendants - Appellants.

**MANDATE**

Entered: December 11, 2025

In accordance with the judgment of December 11, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Rabia Muqaddam, Zoe Levine, Jessica Ranucci, Philip Levitz, Andrew R.W. Hughes, Cristina

Sepe, Benjamin M. Seel, Zane Muller, Stephen Nicholas Provazza, Sarah Rice, Hayleigh S. Crawford, Michael Louis Newman, Panchalam Seshan Srividya, Kathleen Boergers, Jennifer L. Sullivan, David Moskowitz, Mitchell Reich, David Dana Day, Kalikoʻonālani D. Fernandes, Brendan Kreckel, Kristin Trabucchi, Katherine B. Dirks, Neil Giovanatti, Robert A. Koch, Joseph Robert Richie, Heidi Parry Stern, Meghan Musso, Ryan P. Kane, Vanessa L. Kassab, Ian R. Liston, Lauren S. Zurier, Kevin M. Bolan, Andrew Marshall Bernie, Joseph S. Larisa Jr., David Ureña